John E. Bragonje
Nevada Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

Matthew Heerde (*pro hac vice* forthcoming)
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant Else Nutrition USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ELSE NUTRITION USA, INC., a Delaware corporation,<br><br>  Defendant. | Case No.: 2:22-cv-01286<br><br>**NOTICE OF FILING<br>OF PETITION FOR REMOVAL<br>TO U.S. DISTRICT COURT** |

Please take notice that on August 11, 2022, a "Petition for Removal of Civil Action" was filed in the United States District Court (ECF No. 1) and a "Notice to Adverse Party of Removal" (copy attached without exhibits as Ex. 1) was filed in the Eighth Judicial District Court in and for the County of Clark.

DATED this 11th day of August, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ John E. Bragonje*
JOHN E. BRAGONJE (SBN 9519)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

118470409.1

Matthew Heerde (*pro hac vice* forthcoming)
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square
New York, NY 10036
(646) 878-0856

*Attorneys for Defendant Else Nutrition USA, Inc.*

- 2 -

118470409.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2022, I caused a true and accurate copy of the foregoing document entitled ***"Notice of Filing of Petition for Removal to U.S. District Court"*** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Brian K. Berman
BRIAN K. BERMAN, CHTD.
721 Gass Avenue
Las Vegas, Nevada 89101
B.K.Berman@ATT.Net

*Attorneys for Plaintiff*

        */s/ Luz Horvath*
    An employee of Lewis Roca Rothgerber Christie LLP

- 3 -

118470409.1

## **INDEX OF EXHIBITS**

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1 | Notice to Adverse Party of Removal (without exhibits), filed August 11, 2022 | 3 |

- 4 -

118470409.1