John E. Bragonje
Nevada Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

Matthew Heerde (*Pro Hac Vice Pending*)
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant Else Nutrition USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ELSE NUTRITION USA, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:22-cv-01286-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSE DEADLINE** |

Defendant, Else Nutrition USA, Inc., and Plaintiff American Nutritional Corporation, Inc., by and through their unsigned attorneys, hereby stipulate to extend Defendant's deadline to file its response to the complaint and agree that the deadline be moved from August 22, 2022, to and including September 9, 2022.  The parties are engaged in settlement discussions and require additional time to consider offers and determine if this case is susceptible to early resolution.

Based on the above, the parties stipulate to an extension of time for Defendant to file its response.

. . .

. . .

118520109.2

| | |
|---|---|
| Dated this 11th day of August, 2022. | Dated this 11th day of August, 2022. |
| BRIAN K. BERMAN, CHTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| *By: /s/ Brian K. Berman*<br>Brian K. Berman<br>Nevada Bar No. 56<br>b.k.berman@att.net<br>721 Gass Avenue<br>Las Vegas, NV 89101<br>(702) 382-0702 | *By: /s/ John E. Bragonje*<br>John E. Bragonje<br>Nevada Bar No. 9519<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br>Email: jbragonje@lewisroca.com |
| *Attorney for Plaintiff American Nutritional Corporation, Inc.* | PEARL COHEN ZEDEK LATZER BARATZ LLP<br><br>Matthew Heerde (*Pro Hac Vice Pending*)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel : (646) 878-0856<br>Email: mheerde@pearlcohen.com |
| | *Attorneys for Defendant Else Nutrition USA, Inc* |

### ORDER

IT IS SO ORDERED: Defendant's response to Plaintiff's Complaint is due by September 9, 2022.

_____
UNTIED STATES MAGISTRATE JUDGE