# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELSE NUTRITION USA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-cv-01286-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Order Shortening Time. ECF No 37. Defendant claims it is imperative the Court order shortened time for briefing the Motion to Compel Responses to Discovery (ECF No. 36), filed on November 8, 2023, so as to ensure Defendant has critical information it needs to properly prepare for the settlement conference set for December 12, 2023. Although the information provided by Defendant is slim, the Court agrees that the more information available to the parties before the settlement conference, the more likely the conference will be a fruitful endeavor.

Accordingly, IT IS HEREBY ORDERED that the Motion for Order Shortening Time (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Response to the Motion to Compel is due **November 20, 2023** and Defendant's Reply is due **November 27, 2023**.

IT IS FURTHER ORDERED that an in person hearing is set for **10:00 a.m. on December 1, 2023 in Courtroom 3D**.

Dated this 9th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1