John E. Bragonje
Nevada Bar No. 9519
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

Matthew Heerde (*pro hac vice*)
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant Else Nutrition USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>ELSE NUTRITION USA, INC., a Delaware corporation,<br><br>     Defendant. | Case No.: 2:22-cv-01286-APG-EJY<br><br>**STIPULATION FOR SETTLEMENT CONFERENCE REMOTE APPEARANCE** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES through their undersigned counsel that all parties consent and agree that party representatives and attorneys for Else Nutrition USA, Inc. may appear remotely by video at the settlement conference scheduled in this action for February 8, 2024 at 9:00 am, as was arranged for the original December 12, 2023 settlement conference per the Court's June 6, 2023 Order at Docket # 33.

/ / /

/ / /

/ / /

Dated: February 2, 2024

BRIAN K. BERMAN, CHTD.

*By: /s/ Brian K. Berman*
Brian K. Berman
Nevada Bar No. 56
b.k.berman@att.net
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702

*Attorney for Plaintiff*
*American Nutritional Corporation, Inc.*

Dated: February 2, 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*By: /s/ John E. Bragonje*
John E. Bragonje
Nevada Bar No. 9519
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

PEARL COHEN ZEDEK LATZER BARATZ LLP

Matthew Heerde (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant*
*Else Nutrition USA, Inc.*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that counsel for Defendant must contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by **12:00 p.m. on February 6, 2024, at Elvia_Garcia@nvd.uscourts.gov**, and provide the email addresses of their respective participants. The courtroom deputy will email participants with the Zoom link.

_____
U.S. MAGISTRATE JUDGE

Dated: February 5, 2024