BRIAN K. BERMAN, ESQ.
Nevada Bar No. 000056
BRIAN K. BERMAN CHTD.
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702
FAX (702) 382-6450
Email: b.k.berman@att.net

*Attorney for Plaintiff American Nutritional Corporation, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ELSE NUTRITION USA, INC., a Delaware Corporation,<br><br>    Defendant. | CASE NO.: 2:22-cv-01286-APG-DJA<br><br>**ORDER** |

ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRETRIAL ORDER

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File the Joint Pretrial Order. The Court having reviewed the parties' motion, AND THE COURT, being otherwise sufficiently advised, FINDS as follows:

IT IS HEREBY ORDERED and ADJUGED that the Parties' Joint Moton for Extension of Time to File the Joint Pretrial Order is GRANTED.

1

IT IS FURTHER ORDERED that the parties' Joint Pretrial Order is due on or before May 10, 2024.

Dated: 4/9/2024

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2