# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION INC.,<br><br>Plaintiff<br><br>v.<br><br>ELSE NUTRITION USA, INC.,<br><br>Defendant | Case No.: 2:22-cv-01286-APG-DJA<br><br>**Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 59.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by May 31, 2024. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses.

DATED this 13th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE