John E. Bragonje
Nevada Bar No. 9519
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

Matthew Heerde (*pro hac vice*)
PEARL COHEN ZEDEK LATZER BARATZ LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant Else Nutrition USA, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ELSE NUTRITION USA, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 2:22-cv-01286-APG-DJA <br><br> **SO-ORDERED STIPULATION FOR SETTLEMENT CONFERENCE REMOTE APPEARANCE** |

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES through their undersigned counsel that all parties consent and agree that party representatives and attorneys for Else Nutrition USA, Inc. may appear remotely by video at the settlement

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

conference scheduled in this action for August 12, 2024 at 10 am.

Dated: August 1, 2024

BRIAN K. BERMAN, CHTD.

*By: /s/  Brian K. Berman*
Brian K. Berman
Nevada Bar No. 56
b.k.berman@att.net
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702

*Attorney for Plaintiff*
*American Nutritional Corporation, Inc.*

Dated: August 1, 2024

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

*By: /s/  John E. Bragonje*
John E. Bragonje
Nevada Bar No. 9519
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: jbragonje@lewisroca.com

PEARL COHEN ZEDEK LATZER
BARATZ LLP

Matthew Heerde (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Tel : (646) 878-0856
Email: mheerde@pearlcohen.com

*Attorneys for Defendant*
*Else Nutrition USA, Inc.*

IT IS SO ORDERED.  Counsel for Defendant must provide the email addresses of their respective participants to Courtroom Deputy Jerry Ries (Jerry_Ries@nvd.uscourts.gov) by 4:00 p.m. on August 8, 2024.  The courtroom deputy shall email the participants with the Zoom link.

_____
Magistrate Judge Daniel J. Albregts

Dated:  8/5/2024