# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION INC., <br><br> Plaintiff <br><br> v. <br><br> ELSE NUTRITION USA, INC., <br><br> Defendant | Case No.: 2:22-cv-01286-APG-NJK <br><br> **Order** |

Having read and considered the motion in limine (ECF No. 73) and the response (ECF No. 81),

I ORDER the parties to meet and confer within the meaning of Local Rule IA 1-3(f) on the following issues: (1) the "attorneys eyes only" designation, and (2) how to handle confidential information at trial.

I FURTHER ORDER the parties to file a status report regarding their meet and confer on these issues by September 11, 2024.

DATED this 6th day of September, 2024.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE