**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION INC., | Case No.: 2:22-cv-01286-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| ELSE NUTRITION USA, INC., | |
| Defendant | |

In light of the parties notifying the court that this case has settled (ECF No. 85),

I ORDER that the motion in limine **(ECF No. 73) is DENIED as moot**, without prejudice to refile if the settlement fails to finalize.

DATED this 13th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE