# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMERICAN NUTRITIONAL CORPORATION INC.,

    Plaintiff(s),

v.

ELSE NUTRITION USA, INC.,

    Defendant(s).

Case No. 2:22-cv-01286-APG-NJK

**Order**

[Docket No. 74]

Pending before the Court is Defendant's motion to seal. Docket No. 74. The motion to seal relates to a motion in limine that was denied as moot in light of the parties' notice of settlement. *See* Docket No. 86. As there is no live dispute with respect to the subject material and, therefore, no public interest in transparency as to the subject material, the motion to seal is conditionally **GRANTED**. *Cf. Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (in addressing a request for sealing, courts consider the public's interest in understanding the judicial process). In the event the motion in limine is refiled in the future, Defendant must renew its motion to seal and the Court will at that juncture resolve it on the merits as necessary.

IT IS SO ORDERED.

Dated: September 16, 2024

                                                                                                                               _____
                                                                                                                               Nancy J. Koppe
                                                                                                                               United States Magistrate Judge