BRIAN K. BERMAN, ESQ.
Nevada Bar No. 000056
BRIAN K. BERMAN CHTD.
721 Gass Avenue
Las Vegas, NV 89101
(702) 382-0702
FAX (702) 382-6450
Email: b.k.berman@att.net

Attorney *for Plaintiff American Nutritional Corporation, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ELSE NUTRITION USA, INC., a Delaware Corporation,<br><br>        Defendant. | CASE NO.: 2:22-cv-01286-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND RETAINING JURISDICTION** |

COMES NOW Plaintiff AMERICAN NUTRITIONAL CORPORATION, INC., ("ANC"), by and through its attorney Brian K. Berman, Esq. and Defendant ELSE NUTRITION USA, INC., ("ELSE"), by and through its attorney Matthew C. Heerde, Esq., of PEARL COHEN ZEDEK LATZER BARATZ LLP, and pursuant to the Settlement Agreement between the parties dated October 21, 2024 (the "Settlement Agreement"), the parties hereby stipulate and request that this Court forthwith dismiss this matter with prejudice, each side to bear its own attorneys fees and costs, and that the Court retain jurisdiction

1

over the parties to enforce the terms of the Settlement Agreement in the event of a breach thereof. The September 18, 2024 calendar call and September 23, 2024 trial setting have already been vacated per ECF #85.

    IT IS SO STIPULATED

    Respectfully Submitted:

Dated: October '31}, 2024    BRIAN K. BERMAN, CHTD.

                                Brian K. Berman, Esq.
                                Nevada Bar# 00056
                                721 Gass Avenue
                                Las Vegas, Nevada 89101
                                b.k.berman@att.net
                                (702) 382-0702
                                FAX (702) 382-6450
                                *Attorney for Plaintiff*

Dated: October 30, 2024    PEARL COHEN ZEDEK LATZER BARATZ LLP

                                _s/ Matthew C. Heerde_
                                Matthew C. Heerde
                                PEARL COHEN ZEDEK LATZER BARATZ LLP
                                7 Times Square Tower, 19th Floor
                                New York, New York 10036
                                Tel: 646-878-0800
                                mheerde@pearlcohen.com
                                *Attorney for Defendant*
                                *admitted pro hac vice*

IT IS SO ORDERED:

                                _____
                                CHIEF UNITED STATES DISTRICT JUDGE

                                DATED:   October 31, 2024